TRACY WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ARMAND ROTH, CSBN 214624
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA 94105
        Telephone: (415) 977-8924
        Facsimile: (415) 744-0134
        Email: armand.roth@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE REAL-PALACIOS,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | ) No. 20-cv-08718-RSWL-PLA<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

        The Court having approved the parties' stipulation to voluntary remand
pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED,
ADJUDGED AND DECREED that the above-captioned action is remanded to the
/ / /

Commissioner of Social Security for further proceedings consistent with the stipulation to remand.

DATE:   June 15, 2021


___**/S/ RONALD S.W. LEW**_____
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE